No. 79–462. HOUDE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–483. WHITE *v.* EXCALIBUR INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 79–494. STATISTICAL TABULATING CORP. *v.* HAMISTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–495. BROCKETT, PROSECUTING ATTORNEY OF SPO-KANE COUNTY *v.* SPOKANE ARCADES, INC., ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 79–497. WESTON *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 79–498. JUPITER INLET CORP. *v.* VILLAGE OF TEQUESTA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 79–501. MICHAEL *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 79–506. CATHODIC PROTECTION SERVICE *v.* AMERICAN SMELTING & REFINING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–507. BOARD OF TRUSTEES OF PICKENS COUNTY SCHOOL DISTRICT A. ET AL. *v.* MITCHELL. C. A. 4th Cir. Certiorari denied.

No. 79–520. LINFIELD *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.